NO. 07-11-0106-CV
 
 IN THE COURT OF APPEALS
 
 FOR THE SEVENTH DISTRICT OF TEXAS
 
 AT AMARILLO
 
 PANEL C
 
--------------------------------------------------------------------------------
MARCH 29, 2011
--------------------------------------------------------------------------------

 
 In re JESSE OLIVA, JR.,
 Relator
--------------------------------------------------------------------------------

 

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

 MEMORANDUM OPINION
 
Relator Jesse Oliva, Jr., proceeding pro se, filed a petition for writ of mandamus on March 9, 2011. By letter of March 14, 2011, we informed relator of his failure to pay the filing fee and explained the proceeding would be dismissed unless the filing fee was paid by March 24, 2011. See Tex. R. App. P. 5, 20.1, 42.3(c). Relator did not pay the fee or file an affidavit of indigence. 
Accordingly, we dismiss relator's petition. See Tex. R. App. P. 5, 42.3(c).

Per Curiam